UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EXPERIENCE INFUSION CENTERS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTH CARE SERVICE CORPORATION, A Mutual Legal Reserve Company AND BLUE CROSS AND BLUE SHIELD OF TEXAS, a Division of HEALTH CARE SERVICE CORPORATION, A Mutual Legal Reserve Company,<br><br>Defendant.<br><br>HEALTH CARE SERVICE CORPORATION, a Mutual Legal Reserve Company,<br><br>Counterplaintiff,<br><br>vs.<br><br>EXPERIENCE INFUSION CENTERS, LLC; EXPERIENCE INFUSION CENTERS I-45 WOODLANDS, LLC; DEHEALTH, LLC d/b/a CEGO INFUSION PHARMACY; JAMES RUTHERFORD; and OGOCHUKWU GLORIA EGBUCHUNAM,<br><br>Counterdefendants. | Case No. 3:16-cv-00199<br><br>Hon. Jeffrey V. Brown |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Defendant/Counterplaintiff Health Care Service Corporation, an Illinois Mutual Legal Reserve Company that operates in Texas as Blue Cross and Blue Shield of Texas ("BCBSTX"), Plaintiff/Counterdefendant Experience Infusion Centers, LLC, and Counterdefendants Experience Infusion Centers I-45 Woodlands, LLC, and James

- 2 -

Rutherford stipulate to the dismissal of their respective claims and causes of action in this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its respective attorneys' fees and costs.

Dated: July 11, 2024                                    Respectfully submitted,

<div style="margin-left: 3em;">

By: /s/ *Thomas C. Hardy*
Martin J. Bishop (Tex. Bar No. 06269425)
*Attorney-in-Charge*
Email:   mbishop@reedsmith.com
Thomas C. Hardy (*admitted pro hac vice*)
Email:   thardy@reedsmith.com
REED SMITH LLP
10 South Wacker Drive
Chicago, IL  60606-7507
Telephone: +1 312 207 1000
Facsimile: +1 312 207 6400

Mark L. Johansen (Tex. Bar No. 10670240)
Email: mjohansen@reedsmith.com
REED SMITH LLP
2850 N. Harwood St., Ste. 1500
Dallas, Texas 75201
Tel: (469) 680-4200
Fax: (469) 680-4299

*Counsel for Health Care Service Corporation, a Mutual Legal Reserve Company*

</div>

- 3 -

        By: /s/ Hector G. Longoria
            Hector G. Longoria (TBN 00794185)
            *Attorney-in-Charge*
            Email:   hector@longorialaw.com
            LONGORIA LAW
            642 Heights Boulevard
            Houston, Texas 77007
            Telephone: +1 713 929 3996
            Facsimile: +1 713 351 0327

            *Counsel for Experience Infusion Centers, LLC, Experience Infusion Centers I-45 Woodlands, LLC, and James Rutherford*

- 4 -

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 11, 2024, a true and correct copy of the foregoing was served via the Court's ECF notice system on all registered ECF filers who have appeared in this action.

/s/    *Thomas C. Hardy*